UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                      Bankr. Case No. 18-11438-ELF-13

JENNIFER L. BURKE                                                              Chapter 13

     Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By  /s/  Mandy Youngblood

        Mandy Youngblood
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                              Bankr. Case No. 18-11438-ELF-13

JENNIFER L. BURKE                                                   Chapter 13
          Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on May 30, 2018 :

DAVID J AVERETT                          U.S. Trustee
7719 CASTOR AVE                          228 Walnut Street, Suite 1190
PHILADELPHIA, PA  19152                  Harrisburg, PA 17101

By  /s/ Mandy Youngblood
          Mandy Youngblood

xxxxx02212 / 950947