UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  JENNIFER L. BURKE | :  CHAPTER 13 |
| DEBTORS | :  BANKRUPTCY NO. 18-11438 |

## CERTIFICATE OF SERVICE

David J. Averett, Esquire, attorney for Debtor, certifies that he served a copy of the First Amended Plan dated 7/6/18, upon the following persons by electronic mail on July 12, 2018   . The creditors listed on the claims register were served by regular mail at the address said forth therein. The creditors who have not filed claims were served at the address set forth in the matrix.

Jennifer L. Burke
622 Walker Street
Philadelphia, PA 19135

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

William Miller, Esquire
P.O. Box 40119
Philadelphia, PA  19107

BY:

/s/ David J. Averett_____
DAVID J. AVERETT, ESQUIRE
7719 CASTOR AVENUE
PHIALDELPHIA, PA  19152
(215) 342-5024
ATTORNEY FOR DEBTOR
#43760