**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| JENNIFER L. BURKE, | : | |
| Debtor | : | Bky. No.  18-11438 ELF |

# O R D E R

**AND NOW,** the Debtor having filed an Application to Convert Chapter 13 Case to Chapter 7 ("the Application"),

**AND**, it being unnecessary to file an application or a motion to convert a case from chapter 13 to chapter 7 pursuant to 11 U.S.C. §1307(a), see Fed. R. Bankr. P. 1017(f)(3),

It is hereby **ORDERED** that the Application shall be treated as a Notice of Conversion.

**Date: October 10, 2018**

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE