United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-11438-elf
Jennifer L. Burke                                                         Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: Virginia              Page 1 of 2              Date Rcvd: Oct 10, 2018
                                Form ID: 210U               Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2018.
```
db             +Jennifer L. Burke,    6222 Walker Street,    Philadelphia, PA 19135-3508
cr             +Americredit Financial Services, Inc.Dba GM Financi,    P.O. Box 183853,
                 Arlington, TX 76096-3853
14080907      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: Americredit Financial Services, Inc.,    Dba GM Financial,
                 P.O Box 183853,    Arlington, TX 76096)
14067304       +Ashland Enterprises,    50 Caifornia Street,    San Francisco, CA 94111-4624
14067307        Cornerstone/Alliance,    P.O. BOX 30745,    Greenville, NC 27833-0745
14070965       +David J. Averett, Esquire,    7719 Castor Ave, 2nd Floor,    Philadelphia, PA 19152-3615
14089788        ECMC,   PO BOX 16408,    ST PAUL, MN 55116-0408
14067308       +Fed Loan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
14067309        GM Financial,    P.O. Box 181145,    Arlington, TX 76096-1145
14067310        Linebarger Goggan Blair & Sampson, LLP,     P.O. Box 90128,    Harrisburg, PA 17109-0128
14067314       +Office of Unemployment Compensation Benefits,     UI Payment Services,    P.O. Box 67503,
                 Harrisburg, PA 17106-7503
14067318        PA Housing Finance Agency,    P.O. Box 642572,    Pittsburgh, PA 15264-2572
14067315        PECO Paymnet Processing,    P.O. Box 37629,    Philadelphia, PA 19101-0629
14067316        PGW,   P.O. Box 11700,    Newark, NJ 07101-4700
14067317       +PHEAA,    P.O. Box 1463,    Harrisburg, PA 17105-1463
14067321       +Slomin's Shield,    125 Lauman Lane,    Hicksville, NY 11801-6539
14104865       +U.S. Bank National Association, (Trustee for the P,    211 North Front Street,
                 Harrisburg, PA 17101-1406
14070465       +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Oct 11 2018 03:34:31     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 11 2018 03:33:50
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 11 2018 03:34:13     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: blegal@phfa.org Oct 11 2018 03:34:01     Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 11 2018 03:37:20     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14067302       +E-mail/Text: autopaybk@autopay.com Oct 11 2018 03:35:03     AC Autopay,    P.O. Box 40469,
                 Denver, CO 80204-0469
14104420        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 11 2018 03:36:57
                 Ashley Funding Services, LLC its successors and,     assigns as assignee of Syndicated,
                 Office Systems, Inc.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14182759        E-mail/Text: megan.harper@phila.gov Oct 11 2018 03:34:31     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
14067305       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 11 2018 03:37:18
                 Capital One Bank, N.A.,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
14067306        E-mail/Text: megan.harper@phila.gov Oct 11 2018 03:34:31     City of Philadelphia,
                 Dept. of Revenue,    Municipal Services Building, Basement,    1401 J.F.K. Boulevard,
                 Philadelphia, PA 19102
14103132        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 11 2018 03:36:58
                 LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14067311        E-mail/Text: bankruptcydpt@mcmcg.com Oct 11 2018 03:34:00     Midland Funding LLC,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
14067320        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 11 2018 03:37:19
                 Portfolio Recovery,    120 Corporate Boulevard,    Norfolk, VA 23502
14067871       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 11 2018 03:36:57
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14067319       +E-mail/Text: bankruptcypgl@plaingreenloans.com Oct 11 2018 03:34:40     Plain Green Loans,
                 93 Mack Road,    Suite 600,    P.O. Box 270,    Box Elder, MT 59521-0270
14067322        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 11 2018 03:33:22
                 Verizon Wireless-NY,    P.O. Box 26055,    Minneapolis, MN 55426-0055
14067323       +E-mail/Text: megan.harper@phila.gov Oct 11 2018 03:34:31     Water Revenue Bureau,
                 Philadelphia Revenue Bureau,    1401 JFK Blvd,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 17
```

```
District/off: 0313-2          User: Virginia              Page 2 of 2                  Date Rcvd: Oct 10, 2018
                              Form ID: 210U               Total Noticed: 35

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14116540*      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court:   Americredit Financial Services, Inc.,    Dba GM Financial,
                  P.O Box 183853,    Arlington, TX 76096)
14067312*       Midland Funding LLC,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
14067313*       Midland Funding LLC,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
14067303      ##+Amercian Web Loan,    522 N. 14th Street,    Box 130,    Ponca City, Ok 74601-4654
                                                                                         TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2018 at the address(es) listed below:
              DAVID J. AVERETT    on behalf of Debtor Jennifer L. Burke averettlaw@comcast.net
              LEON P. HALLER     on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION ET AL.
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Jennifer L. Burke                                                                                    Case No: 18−11438−elf

　　　　Debtor(s)

___

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

Dated: 10/10/18

For The Court

Timothy B. McGrath
Clerk of Court

40
Form 210U