```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
In re:                                                              Case No. 18-11438-elf
Jennifer L. Burke                                                   Chapter 7
       Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0313-2          User: Lisa              Page 1 of 2          Date Rcvd: Oct 12, 2018
                              Form ID: 309A           Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2018.
db             +Jennifer L. Burke,    6222 Walker Street,    Philadelphia, PA 19135-3508
tr             +GARY F. SEITZ,    Gellert Scali Busenkell & Brown LLC,    8 Penn Center,
                 1628 John F. Kennedy Blvd,    Suite 1901,   Philadelphia, PA 19103-2113
14067304       +Ashland Enterprises,    50 Caifornia Street,   San Francisco, CA 94111-4624
14067307        Cornerstone/Alliance,    P.O. BOX 30745,   Greenville, NC 27833-0745
14070965       +David J. Averett, Esquire,    7719 Castor Ave, 2nd Floor,    Philadelphia, PA 19152-3615
14067308       +Fed Loan Servicing,    P.O. Box 69184,   Harrisburg, PA 17106-9184
14067310        Linebarger Goggan Blair & Sampson, LLP,    P.O. Box 90128,    Harrisburg, PA 17109-0128
14067314       +Office of Unemployment Compensation Benefits,    UI Payment Services,    P.O. Box 67503,
                 Harrisburg, PA 17106-7503
14067318        PA Housing Finance Agency,    P.O. Box 642572,   Pittsburgh, PA 15264-2572
14067315        PECO Paymnet Processing,    P.O. Box 37629,   Philadelphia, PA 19101-0629
14067316       +PGW,   P.O. Box 11700,    Newark, NJ 07101-4700
14067317       +PHEAA,   P.O. Box 1463,    Harrisburg, PA 17105-1463
14067321       +Slomin's Shield,    125 Lauman Lane,   Hicksville, NY 11801-6539
14104865       +U.S. Bank National Association, (Trustee for the P,    211 North Front Street,
                 Harrisburg, PA 17101-1406
14070465       +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: averettlaw@comcast.net Oct 13 2018 02:43:28      DAVID J. AVERETT,
                 Law Offices of David J. Averette, P.C.,    7719 Castor Avenue,    Philadelphia, PA  19152
smg             E-mail/Text: megan.harper@phila.gov Oct 13 2018 02:44:53      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 13 2018 02:44:12
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 13 2018 02:44:40      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Oct 13 2018 02:44:28      United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,   Suite 500,    Philadelphia, PA 19107-4405
14067302       +E-mail/Text: autopaybk@autopay.com Oct 13 2018 02:45:18      AC Autopay,    P.O. Box 40469,
                 Denver, CO 80204-0469
14080907        EDI: PHINAMERI.COM Oct 13 2018 06:38:00      Americredit Financial Services, Inc.,
                 Dba GM Financial,    P.O Box 183853,   Arlington, TX 76096
14104420        EDI: RESURGENT.COM Oct 13 2018 06:38:00      Ashley Funding Services, LLC its successors and,
                 assigns as assignee of Syndicated,   Office Systems, Inc.,    Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
14182759        E-mail/Text: megan.harper@phila.gov Oct 13 2018 02:44:52      City of Philadelphia,
                 Law Department Tax Unit,   Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
14067305       +EDI: CAPITALONE.COM Oct 13 2018 06:38:00      Capital One Bank, N.A.,    P.O. Box 30281,
                 Salt Lake City, UT 84120-0281
14067306        E-mail/Text: megan.harper@phila.gov Oct 13 2018 02:44:52      City of Philadelphia,
                 Dept. of Revenue,   Municipal Services Building, Basement,    1401 J.F.K. Boulevard,
                 Philadelphia, PA 19102
14089788        EDI: ECMC.COM Oct 13 2018 06:38:00      ECMC,   PO BOX 16408,   ST PAUL, MN 55116-0408
14067309        EDI: PHINAMERI.COM Oct 13 2018 06:38:00      GM Financial,    P.O. Box 181145,
                 Arlington, TX 76096-1145
14103132        EDI: RESURGENT.COM Oct 13 2018 06:38:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
14067311        EDI: MID8.COM Oct 13 2018 06:38:00      Midland Funding LLC,    8875 Aero Drive, Suite 200,
                 San Diego, CA 92123-2255
14067320        EDI: PRA.COM Oct 13 2018 06:38:00      Portfolio Recovery,    120 Corporate Boulevard,
                 Norfolk, VA 23502
14067871       +EDI: PRA.COM Oct 13 2018 06:38:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14067319       +E-mail/Text: bankruptcypgl@plaingreenloans.com Oct 13 2018 02:45:02      Plain Green Loans,
                 93 Mack Road,   Suite 600,   P.O. Box 270,   Box Elder, MT 59521-0270
14067322        EDI: VERIZONCOMB.COM Oct 13 2018 06:38:00      Verizon Wireless-NY,    P.O. Box 26055,
                 Minneapolis, MN 55426-0055
14067323       +E-mail/Text: megan.harper@phila.gov Oct 13 2018 02:44:52      Water Revenue Bureau,
                 Philadelphia Revenue Bureau,   1401 JFK Blvd,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 20

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0313-2          User: Lisa              Page 2 of 2                  Date Rcvd: Oct 12, 2018
                              Form ID: 309A           Total Noticed: 35

14116540*      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court:  Americredit Financial Services, Inc.,    Dba GM Financial,
                  P.O Box 183853,    Arlington, TX 76096)
14070968*       +David J. Averett, Esquire,    7719 Castor Ave, 2nd Floor,    Philadelphia, PA 19152-3615
14067312*        Midland Funding LLC,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
14067313*        Midland Funding LLC,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
14067303       ##+Amercian Web Loan,    522 N. 14th Street,    Box 130,    Ponca City, Ok 74601-4654
                                                                                    TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2018 at the address(es) listed below:
              DAVID J. AVERETT    on behalf of Debtor Jennifer L. Burke averettlaw@comcast.net
              GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION ET AL.
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jennifer L. Burke** | Social Security number or ITIN **xxx–xx–8449** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed in chapter **13**   **3/2/18** |
| Case number: | **18–11438–elf** | Date case converted to chapter **7**   **10/10/18** |

Official Form 309A (For Individuals or Joint Debtors)

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jennifer L. Burke | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 6222 Walker Street<br>Philadelphia, PA 19135 | |
| 4. | **Debtor's attorney**<br>Name and address | DAVID J. AVERETT<br>Law Offices of David J. Averette, P.C.<br>7719 Castor Avenue<br>Philadelphia, PA 19152 | Contact phone (215) 342–5024<br>Email:  averettlaw@comcast.net |
| 5. | **Bankruptcy trustee**<br>Name and address | GARY F. SEITZ<br>Gellert Scali Busenkell & Brown LLC<br>8 Penn Center<br>1628 John F. Kennedy Blvd<br>Suite 1901<br>Philadelphia, PA 19103 | Contact phone 215–238–0011<br>Email:  gseitz@gsbblaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**       page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 10/12/18 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 6, 2018 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Office of the U.S. Trustee, Meeting Room, Suite 501, 833 Chestnut Street, Philadelphia, PA 19107** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/5/19** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |