UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JENNIFER BURKE     : CHAPTER 13

DEBTOR     : BANKRUPTCY NO 18-11438

## CERTIFICATE OF NO RESPONSE TO APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

David J. Averett, Esquire, attorney for Debtor, certifies that he did not receive a response to the above Application, nor was one filed with the Clerk of the Bankruptcy Court as of the date of this Certificate.

BY:

/s/ David J. Averett
DAVID J. AVERETT, ESQUIRE
7719 CASTOR AVENUE
PHIALDELPHIA, PA  19152
(215) 342-5024
ATTORNEY FOR DEBTOR
#43760