UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JENNIFER BURKE : CHAPTER 13

DEBTOR : BANKRUPTCY NO 18-11438

## ORDER

AND NOW, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that, in light of the conversion of the case to chapter 7, the Application is **DENIED WITHOUT PREJUDICE**. The Applicant may re-list the Application for a decision in the event that the chapter 7 case is classified as an asset case.

Date: 11/7/18

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**